FILED
2022 Aug-15  PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BETH BOYANTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:22-cv-00602-MHH |
| | ) |
| BAMA HEN HOUSE, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR EXTENSION OF DEADLINE

Defendant Bama Hen House, LLC hereby notifies the Court that the Parties have reached a settlement and are in the process of finalizing the agreement. The Parties anticipate that Plaintiff Beth Boyanton will file a dismissal with prejudice on or before September 14, 2022 and will apprise the Court of the Parties' progress toward finalizing settlement on or before that date in the event dismissal is not filed beforehand.

Bama Hen House respectfully requests that the Court extend the deadline to file a responsive pleading until September 14, 2022, to facilitate final settlement. Counsel for the Parties have conferred regarding the filing of this notice and request to continue Bama Hen House's responsive pleading deadline. Plaintiff consents to the filing of this notice and has no opposition to the requested extension.

{B4386754}

Bama Hen House acknowledges that this is the fourth requested extension it has filed with the Court. However, the prior requests provided the Parties the time needed to reach an agreement to resolve their dispute, and this request is made for the purpose of providing the time necessary to finalize the settlement in final resolution of the dispute. Accordingly, this notice and request is not made for the purposes of delay or any other improper reason. Rather, this notice and request for an extension will facilitate final and amicable resolution of this matter.

Respectfully submitted, this the 15th day of August, 2022.

*s/ Breanna H. Young*
Breanna H. Young (ASB-9133-A52H)
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
20-868-6000 (Phone)
205-868-6099 (Fax)
*byoung@starneslaw.com*

*/s/ Jordan W Gerheim*
Jordan W. Gerheim (ASB-4390-D45G)
OUTSIDE CHIEF LEGAL LLC
200 Government Street, 4th Floor
Mobile, AL 36605
Phone: (251) 322-1816
E-mail:  jordan@outsidechieflegal.com

Attorneys for Defendant

{B4386754}

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send electronic notification of such filing to the following:

Andrew J. Smithart III
John Allen Fulmer II
FULMER LAW FIRM, P.C.
2330 Highland Avenue, South
Birmingham, AL 35205
ajs@jafulmerlaw.com
jaf@jafulmerlaw.com

*s/ Breanna H. Young*
Breanna H. Young (ASB-9133-A52H)
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
20-868-6000 (Phone)
205-868-6099 (Fax)
*byoung@starneslaw.com*

{B4386754}