# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BETH BOYANTON,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO. 2:22-cv-00602-ACA |
| **BAMA HEN HOUSE, LLC,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

The parties hereto jointly stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted, this 19th day of August, 2022.

*/s/ Breanna H. Young*_____
Breanna H. Young (ASB-9133-A52H)
***Attorney for Defendant***
**Starnes Davis Florie LLP**
100 Brookwood Place, Seventh Floor
Birmingham, AL 35209
Office: (205) 868-6000
Email: byoung@starneslaw.com

*/s/ Andrew J. Smithart III*_____
Andrew J. Smithart III (ASB-4991-T82A)
**Fulmer Law Firm, P.C.**
2330 Highland Avenue, South
Birmingham, AL 35205
Office: (205) 210-5555
Direct: (205) 765-8322
Email: ajs@jafulmerlaw.com

*/s/ John Allen Fulmer II*_____
John Allen Fulmer II (ASB-1089-O42F)
**Fulmer Law Firm, P.C.**
2330 Highland Avenue, South
Birmingham, AL 35205
Office: (205) 210-5555
Email: jaf@jafulmerlaw.com

***Attorneys for Plaintiff***